1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and *ex rel.* RELATOR LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM BONE, an individual, RANDALL BONE, an individual, and TOSCANA COUNTRY CLUB, INC., a California corporation,<br><br>    Defendants. | No. CV 23-00114 CV (SHKx)<br><br>**ORDER RE ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND UNSEALING OF CASE** |

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Relator, LLC (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States to Decline Intervention and Stipulation Re Unsealing of Case are both unsealed, and the relator

shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: March 21, 2025        *Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE